JENNER & BLOCK LLP
Kenneth K. Lee (Cal. Bar No. 264296)
klee@jenner.com
L. David Russell (Cal. Bar No. 260043)
drussell@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Telephone:   (213) 239-5172
Facsimile:    (213)  239-5182

Dean N. Panos (*pro hac vice* application pending)
dpanos@jenner.com
353 N. Clark Street
Chicago, IL 60654
Telephone:   (312) 222-9350
Facsimile:    (312) 840-7765

Attorneys for Defendant
Kellogg Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA SPEVAK, as an individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>KELLOGG COMPANY a Michigan corporation,<br><br>Defendant. | No. CV 13-2767-WHO<br><br>**STIPULATION AND ORDER MODIFYING THE CASE MANAGEMENT CONFERENCE SCHEDULE**<br><br>Current CMC Date:   September 17, 2013<br><br>Judge:                    Honorable William Orrick |

1   WHEREAS, the Court has scheduled a Case Management Conference for September 17, 2013, at
2   2:00 p.m. and has required the parties to submit a joint case management conference on or before
3   September 10, 2013;
4   WHEREAS, Defendant filed a motion to dismiss on August 19, 2013 (Dkt. No. 13);
5   WHEREAS, Plaintiff filed an amended complaint on September 3, 2013 (Dkt No. 14);
6   WHEREAS, Defendant intends to file a motion to dismiss and notice the hearing for Nov. 6,
7   2013;
8   WHEREAS, the parties believe that it would be beneficial if the Court held the Case Management
9   Conference after the hearing date for the Defendant's motion to dismiss and the Court has had an
10  opportunity to clarify what issues, if any, remain in the case;
11  ACCORDINGLY, IT IS HEREBY STIPULATED through counsel of record, subject to the
12  Court's approval, that the Case Management Conference will be continued to November 19, 2013 at 2:00
13  p.m., with the joint case management conference statement due November 12, 2013, or another date of
14  the Court's choosing.
15  A proposed Order is attached hereto.

1 | Dated: September 5, 2013 | JENNER & BLOCK LLP

By: /s/ Kenneth K. Lee
    Kenneth K. Lee
    Attorneys for Defendant Kellogg Co.

Dated: September 5, 2013 | THE LAW OFFICES OF HOWARD W. RUBINSTEIN, P.A.

By: /s/ Benjamin M. Lopatin
    Benjamin M. Lopatin
    Attorneys for Plaintiff Alicia Spevak

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 5, 2013  

Honorable William Orrick

United States District Judge