Benjamin M. Lopatin, Esq.
Cal. Bar No.: 281730
*lopatin@hwrlawoffice.com*
THE LAW OFFICES OF
HOWARD W. RUBINSTEIN, P.A.
One Embarcadero Center
Suite 500
San Francisco, CA 94111
(800) 436-6437
(415) 692-6607 (fax)

*Attorney for Plaintiff Alicia Spivack*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **ALICIA SPIVACK,** as an individual, and on behalf of all others similarly situated, | Civil No.: CV 13-2767-WHO |
| | Judge: The Honorable William H. Orrick |
| *Plaintiff,* | |
| *vs.* | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| **KELLOGG COMPANY,** a Michigan corporation, | |
| *Defendant.* | |

TO THE COURT, THE CLERK OF COURT, AND ALL PARTIES AND ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiff, ALICIA SPIVACK, by and through his undersigned counsel, hereby voluntarily dismisses this action without prejudice.

_____

Respectfully Submitted,

**THE LAW OFFICES OF
HOWARD W. RUBINSTEIN, P.A.**

Dated: October 15, 2013

By: /s/   Benjamin M. Lopatin
Benjamin M. Lopatin, Esq.
Cal. Bar No.: 281730

*Attorney for Plaintiff Alicia Spivack*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 15th day of October, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

/s/  Benjamin M. Lopatin
Benjamin M. Lopatin, Esq.